City of Chicago, Appellee, v. Harvey C. Franks, Appellant.

Gen. No. 47,694. 

First District, First Division.

September 14, 1959.

Released for publication October 19, 1959.

Harvey C. Franks, pro se, appellant; John .C. Melaniphy, Corporation Counsel of City of Chicago (Sydney R. Drebin, and Harold M. Nudelman, Assistant Corporation Counsel, of counsel) for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.